IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAYLOR KALIN,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

No. C 13-04727 WHA

**ORDER RE STIPULATION RE DISCOVERY FOR CALIFORNIA STATE-LAW CLAIMS**

The parties filed a stipulation to "extend the October 31 discovery deadline to match the deadlines in the *Frlekin* matter." The parties failed to explain why an extension was warranted. Nevertheless, the same deadlines shall apply. That is, for the California state-law claims:

1. The non-expert discovery cut-off date shall be **DECEMBER 1, 2014**.

2. The last date for designation of expert testimony and disclosure of full expert reports under FRCP 26(a)(2) as to any issue on which a party has the burden of proof shall be **DECEMBER, 1 2014**. By **DECEMBER 15, 2014**, all other parties must disclose any expert reports on the same issue. By **DECEMBER 22, 2014**, the party with the burden of proof must disclose any reply reports rebutting specific material in opposition reports. The cutoff for all expert discovery shall be **JANUARY 5, 2015**.

**IT IS SO ORDERED.**

Dated: October 6, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE