1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7
8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10

AMANDA FRLEKIN, *et al.*,

11

Plaintiffs,

No. C 13-03451 WHA
No. C 13-04727 WHA

12

v.

13

APPLE, INC.,

**REQUEST RE PROPOSED**
**SCHEDULE**

14

Defendant.
_____/

15

TAYLOR KALIN,

16

Plaintiff,

17

v.

18

APPLE, INC.,

19

Defendant.
_____/

20
21

The undersigned judge is in receipt of the parties' joint proposed stipulation regarding

22

pre-trial deadlines.  By **NOVEMBER 19, 2014, AT NOON**, counsel for Taylor Kalin shall indicate

23

whether they agree to the proposed dates (Case No. 13-3451, Dkt. No. 194).  The Court will then

24

issue a case management order which may or may not adopt the proposed dates.

25
26

Dated:   November 14, 2014.



27

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28

*(left margin, rotated)* United States District Court
For the Northern District of California