UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 06 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMANDA FRLEKIN; et al., | No. 15-17382 |
| Plaintiffs - Appellants, | D.C. Nos. 3:13-cv-03451-WHA, 3:13-cv-03775-WHA, 3:13-cv-04727-WHA |
| v. | U.S. District Court for Northern California, San Francisco |
| APPLE INC., | |
| Defendant - Appellee. | **MANDATE** |

The judgment of this Court, entered September 02, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellee in the amount of $453.50.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Quy Le
Deputy Clerk
Ninth Circuit Rule 27-7